# IN THE SUPREME COURT OF THE STATE OF NEVADA

RLP-BUCKWOOD COURT, LLC,
Appellant,
vs.
RESIDENTIAL CREDIT SOLUTIONS,
INC.,
Respondent.

No. 75781

FILED

JUN 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on May 9, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Cooper Coons Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-24698